UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARL C. OGDEN,

    Petitioner,

v.                                          Case No. 5:14cv174/WS/CJK

MICHAEL CREWS,

    Respondent.
_____/

## REPORT AND RECOMMENDATION

On July 31, 2014, the court ordered petitioner to submit, within thirty days: (1) the $5.00 filing fee (or an application to proceed *in forma pauperis*) and (2) two service copies of his habeas corpus petition. (Doc. 3). Petitioner was warned that failure to comply with the order would result in dismissal of this case. Thereafter, petitioner was granted two extensions of time, totaling sixty days, in which to comply with the order. (Docs. 5, 7). The extended deadline (October 30, 2014) passed, and petitioner did not comply with the order.

Accordingly, on November 5, 2014, the court ordered petitioner to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court. (Doc. 8). To date, petitioner has not responded to the show cause order or complied with the July 31, 2014 order.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for petitioner's failure to comply with an order of the court.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 5th day of December, 2014.

*/s/ Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).