UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

EARL C. OGDEN,

    Petitioner,

v.                                       5:14cv174-WS/CJK

MICHAEL CREWS,

    Respondent.

_____

## ORDER OF DISMISSAL

Before the court is the magistrate judge's report and recommendation (doc. 9) docketed December 5, 2014. The magistrate judge recommends that this case be dismissed without prejudice for petitioner's failure to comply with an order of the court. The petitioner has filed no objections to the report and recommendation.

Upon review of the record, this court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

2.  The petitioner's petition for writ of habeas corpus is hereby DISMISSED without prejudice for failure to comply with an order of the court and for failure to prosecute.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED without prejudice."

DONE AND ORDERED this      7th      day of      January     , 2015.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE